IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV134

MAHMOUD BELAL ALKURDASI, )
            Petitioner, )
)
v. ) ORDER
)
ROBERT MUELLER and RICHARD GOTTLIEB, )
           Respondents. )
)
)

THIS MATTER is before the Court upon Plaintiff's Stipulation of Dismissal without Prejudice. [Docket # 8].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: September 6, 2007

Graham C. Mullen
United States District Judge